*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

PAUL BRISCOE                                                                                          PLAINTIFF

vs.                                     CASE NO. 1:10cv00087 JMM

THE AJAX MANUFACTURING                                                              DEFENDANT

### ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter the Court finds that this case should be dismissed. The jury trial scheduled November 7, 2011, is cancelled.

The complaint and all claims in this action are hereby dismissed with prejudice.

If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED this 27th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE